**Order entered August 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00107-CR

**JERRELLE LAMAR MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80973-2021**

## ORDER

Before the Court is court reporter Charla Reamy's August 1, 2022 request asking the Court to accept State's Exhibit 1 on a flash drive. We **GRANT** the request and **ORDER** State's Exhibit 1 filed as of the date of this order.

/s/   LANA MYERS
JUSTICE